## Commonwealth ex rel. Saunders, Appellant, v. Cavell.

Submitted October 9, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Norman Landy, Harold A. Gold* and *Wolken &
Landy,* for appellant.

*Edward C. Boyle,* District Attorney, *George H.
Ross* and *William Claney Smith,* Assistant District At-
torneys, for appellee.

OPINION PER CURIAM, November 11, 1957:
The appellant relator, who is serving a life sentence
in the Western Pennsylvania State Penitentiary for a
conviction of murder in the first degree, petitioned the
court below for a writ of habeas corpus charging that
his present restraint resulted from a violation of his
constitutional rights at his trial for murder. The mat-
ter alleged by the appellant as violative of his funda-
mental rights was the admission at trial of certain evi-
dence against him. He had assigned the identical com-
plaint for error on his appeal to this court from his
conviction for murder and it was then thoroughly can-
vassed and considered by us and answered adversely
to the appellant's contention: see *Commonwealth v.
Saunders,* 386 Pa. 149, 155, 125 A. 2d 442.

Notwithstanding that a writ of habeas corpus can-
not be used as a substitute for an appeal (*Common-
wealth ex rel. Harris v. Burke,* 374 Pa. 43, 46, 96 A.
2d 909), which, in truth, is what the relator's present
petition amounts to, Judge ALPERN, for the court be-
low, made a complete review of the extended effort to
which the trial court went at all times to respect fully
and to safeguard the accused's legal rights. The opin-
ion for the learned court below convincingly demon-
strates that the evidentiary matter to which the appel-
lant again takes exception was not only properly ad-
missible but that its introduction was initiated by ap-
pellant's counsel and that the prosecuting attorney's

subsequent interrogations with respect thereto were without any objection from the appellant.

Nothing helpful can be added to what Judge ALPERN has so well set forth in support of the lower court's refusal of the relator's petition for the writ.

Order affirmed.

Mr. Justice MUSMANNO dissents.